LEWIS W. VANDERBACH, EXECUTOR, ET AL., COMPLAIN-
ANTS–RESPONDENTS, v. AGNES VOLLINGER,
ET AL., DEFENDANTS–APPELLANTS.

Argued February 14, 1949—Decided February 21, 1949.

484

488

*Mr. Maurice C. Brigadier* argued the cause for the defendants-appellants.

*Mr. Louis Gluck* argued the cause for the complainants-respondents.

PER CURIAM. The decree will be affirmed for the reasons expressed in the opinion of Vice Chancellor Fielder in the former Court of Chancery.

*For affirmance:* Chief Justice VANDERBILT and Justices CASE, HEHER, WACHENFELD, BURLING and ACKERSON—6.

*For reversal:* None.